UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELSTON T. CASTILLO,

           Petitioner,

    v.

UNITED STATES OF AMERICA,

           Respondent.

CASE NO. 15-cv-05852 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    This case is dismissed for failure to prosecute.

**DATED** this 15th day of March, 2016.

                                                    Ronald B. Leighton
                                                  United States District Judge

- 1